# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 22, 2024

## NO. 03-23-00490-CV

**Ken Paxton, in his Official Capacity as Attorney General of Texas, and Jane Nelson, in her Official Capacity as Texas Secretary of State, Appellants**

**v.**

**Harris County, Texas; and Clifford Tatum, Appellees**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on August 14, 2023. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.